```
 1  THOMAS P. O'BRIEN
    United States Attorney                                JS - 6
 2  LEON W. WEIDMAN
    Assistant United States Attorney
 3  Chief, Civil Division
    GWENDOLYN M. GAMBLE (State Bar No. 143267)
 4  Assistant United States Attorney
    CAROLINE M. BURGUNDER (State Bar No. 217330)
 5  Assistant United States Attorney

 6      Room 7516, Federal Building
        300 North Los Angeles Street
 7      Los Angeles, California 90012
        Email:   gwen.gamble@usdoj.gov
 8               caroline.m.burgunder@usdoj.gov
        Telephone: (213) 894-6684/8805
 9      Fax:       (213) 894-7819

10  Attorney for Defendant
    John E. Potter, Postmaster General
11
```

                    UNITED STATES DISTRICT COURT

                  FOR THE CENTRAL DISTRICT OF CALIFORNIA

                            WESTERN DIVISION

| | | |
|---|---|---|
| DAVID CUELLAR, | ) | No. CV 06-8080 ODW (RZx) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | [**PROPOSED**] |
| JOHN E. POTTER, POSTMASTER GENERAL OF THE UNITED STATES, | ) | Hearing Date: February 11, 2008 |
| Defendant. | ) | Honorable Otis D. Wright II |

Defendant's Motion for Summary Judgment having come on for hearing, and the Court having considered the pleadings, evidence presented, and the memorandum of points and authorities, and in accordance with the Order Granting Defendant's Motion for Summary Judgment entered herein,

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is
2 hereby entered in favor of defendant.
3    DATED: February 21, 2008

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

THOMAS P. O'BRIEN
United States Attorney
LEON WEIDMAN
Assistant United States Attorney
Chief, Civil Division

/S/GWENDOLYN M. GAMBLE
_____
GWENDOLYN M. GAMBLE
CAROLINE M. BURGUNDER
Assistant United States Attorneys

2